# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANTHONY WILLIAMS,

   Plaintiff,        :  Case No. 3:06-cv-229

                District Judge Walter Herbert Rice
-vs-                Chief Magistrate Judge Michael R. Merz

                :

GENE FISCHER, et al.,

   Defendants.

---

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS

---

   The Court has reviewed the Reports and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. Nos. 43 and 48), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) as to Doc. No. 43 expired on January 31, 2007, and as to Doc. No. 48 expired on March 19, 2007, hereby ADOPTS said Reports and Recommendations.

   It is therefore ORDERED that Plaintiff's Motion for Summary Judgment against Defendant Wade Day (DOC. No. 41) be, and it hereby is, DENIED, and Defendant Wade Day's Motion to Dismiss on qualified immunity grounds be, and it hereby is, GRANTED.

April 3, 2007.                     _____
                               Walter Herbert Rice
                               United States District Judge