# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANTHONY WILLIAMS,

        Plaintiff,     :      Case No. 3:06-cv-229

                      District Judge Walter Herbert Rice
   -vs-                       Chief Magistrate Judge Michael R. Merz

                              :

GENE FISCHER, et al.,

        Defendants.

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS ON DEFENDANTS' SUMMARY JUDGMENT MOTION

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #51), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 23, 2007, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Motion for Summary Judgment be granted and all claims against Greene County, made by suing the Moving Defendants in their official capacities, be dismissed with prejudice.

The Clerk shall enter judgment dismissing all claims herein with prejudice and terminating this case on the docket records of this Court.

May 1, 2007.

                                                                   Walter Herbert Rice
                                                                  United States District Judge